Rose B. Stillman, Respondent, v. Bernard Stillman, Appellant.— Order directing payment of alimony *pendente lite* and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

Henry M. Susswein and Philip Segaller, Respondents, v. Frank Frankel, Individually and as Mayor of the City of Long Beach, and Others, Appellants.— Order granting motion for injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Kapper, Hagarty and Davis, JJ., concur; Lazansky, P. J., and Tompkins, J., dissent and vote to modify the order by striking out that part thereof which restrains defendant Elias from acting. [141 Misc. 832.]

Dorothy T. Warshaw, Appellant, v. Ben J. Warshaw, Respondent.— Order denying plaintiff's motion for alimony and counsel fee affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

Sarah Cooperman, Respondent, v. Max Cooperman, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

Elton Operating Corporation, Respondent, v. Sam Kaplan, as President of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators Union of the United States and Canada, Local 306, etc., Appellants.— Motion for stay denied upon condition that respondent stipulate to proceed to trial on December sixteenth, with the consent of the justice presiding at Special Term; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

Joseph Fanara, Appellant, v. Jamaica Bus Lines, Inc., Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

Margaret Fanara, Appellant, v. Jamaica Bus Lines, Inc., Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

Howard Beach, Inc., Respondent, v. Marie R. Jackson and Joseph E. Jackson, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for Monday, January 4, 1932 (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of the Petition for the Appointment of a Committee of the Person and Property of Michael J. Cary, an Alleged Incompetent, Appellant. Natalie F. Couch, as Committee, etc., Respondent.— Motion to dismiss appeal granted by default and appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper and Carswell, JJ.; Tompkins, J., not voting.